No. 92–498. MERLING *v.* TRAVELERS INDEMNITY CO. ET AL. Ct. App. Md. Certiorari denied.

No. 92–499. SAC AND FOX NATION *v.* OKLAHOMA TAX COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 92–500. HENDRICKSON *v.* CITY OF SANTA ANA ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–502. WAHRMAN *v.* WAHRMAN ET AL. Sup. Ct. Kan. Certiorari denied.

No. 92–504. ANDERSEN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDERSEN *v.* SKY CRUISES, LTD., INC. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–513. BAGGS *v.* EAGLE-PICHER INDUSTRIES, INC. C. A. 6th Cir. Certiorari denied.

No. 92–514. ST. TAMMANY PARISH POLICE JURY *v.* INSBROK ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–520. BREMNER, BY AND THROUGH HIS GUARDIAN AD LITEM, BREMNER, ET AL. *v.* CHARLES ET AL. Sup. Ct. Ore. Certiorari denied.

No. 92–534. LUNDBERG, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LUNDBERG, DECEASED *v.* OREGON, BY AND THROUGH ITS DEPARTMENT OF TRANSPORTATION. Sup. Ct. Ore. Certiorari denied.

No. 92–537. GREAT LAKES DREDGE & DOCK CO. ET AL. *v.* LINTON ET UX. C. A. 5th Cir. Certiorari denied.

No. 92–564. BOERER *v.* ZAKEN. C. A. 2d Cir. Certiorari denied.

No. 92–573. WADE ET UX. *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION. Sup. Ct. Ind. Certiorari denied.